BDB:TSJ:jm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL L. SPADE, | : | |
| | : | |
| Plaintiff | : | |
| V. | : | Civil No.: 4:15-CV-02513 |
| | : | |
| U.S. DEPARTMENT OF JUSTICE, | : | (Judge Brann) |
| | : | |
| Defendant | : | |

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFF'S AMENDED COMPLAINT

AND NOW, comes the United States of America, by its attorneys, Bruce D. Brandler, United States Attorney for the Middle District of Pennsylvania, and Timothy S. Judge, Assistant U.S. Attorney, who hereby moves that the Court dismiss plaintiff's amended complaint pursuant to Fed. R. Civ. P. 12 (b) (1) and (6) of the Federal Rules of Civil Procedure.

A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Dated: November 21, 2017							Respectfully submitted,

BRUCE D. BRANDLER
UNITED STATES ATTORNEY

/s/ Timothy S. Judge
TIMOTHY S. JUDGE
Assistant U.S. Attorney
Atty. I.D. #PA 203821
P.O. Box 309
Scranton, PA 18501
Phone 348-2800
Fax: 348-2830
E-Mail: timothy.judge@usdoj.gov

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania, and is a person of such age and discretion as to be competent to serve papers.

That on November 21, 2017, she served copies of the attached:

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFF'S AMENDED COMPLAINT**

by electronic mail:

Address:

Christian A. Lovecchio
Campana, Lovecchio & Morrone, P.C.
602 Pine Street
Williamsport, PA  17701

Email:  Clovecchio@campanalaw.com

/s Jodi Matuszewski
Jodi Matuszewski
Legal Assistant