# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDALL L. SPADE, | No. 4:15-CV-02513 |
| Plaintiff. | (Judge Brann) |
| v. | |
| THE UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

**ORDER**

**AND NOW**, this 8th day of May 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss, ECF No. 13, is **GRANTED.**

2. Plaintiff's Amended Complaint, ECF No. 11, is **DISMISSED WITH PREJUDICE.**

3. The Clerk of Court is directed close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge