UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PA

RANDALL L. SPADE,
    Petitioner

vs.

THE UNITED STATES
DEPARTMENT OF JUSTICE,
    Respondent

: CIVIL NO. 4:15-CV-02513
:
: (Judge Brann)

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Randall L. Spade, Petitioner above-named, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order dismissing his Amended Complaint with prejudice and granting Defendant's Motion to Dismiss entered in this action on the 8th day of May, 2018.

Respectfully Submitted,

By: /S/ Christian A. Lovecchio
    Christian A. Lovecchio
    Attorney I.D. No. 85505
    Attorney for Petitioner
    602 Pine Street
    Williamsport, PA 17701
    Telephone No. (570) 326-2401
    Fax No. (570) 326-3498