UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-2478
_____

RANDALL L. SPADE,
   Appellant

v.

UNITED STATES OF AMERICA

On Appeal from the District Court
for the Middle District of Pennsylvania
(D.C. Civ. No. 4-15-cv-02513)
District Judge:  Honorable Matthew W. Brann
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on March 22, 2019

Before:  SHWARTZ, KRAUSE, and BIBAS, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on March 22, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on May 8, 2018, be and the same is

hereby VACATED in all respects, and the case is REMANDED for further proceedings.

All of the above in accordance with the Opinion of this Court.  Costs shall not be taxed.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: March 26, 2019

**Certified as a true copy and issued in lieu of a formal mandate on** 05/17/19

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**