IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDALL L. SPADE, | No. 4:15-CV-02513 |
| Plaintiff, | (Judge Brann) |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

### ORDER

**AND NOW**, this 31st day of March 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. 35) is **GRANTED**.

2. The case is **DISMISSED**, and the Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge