IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL L. SPADE, | : | NO: 4:15-CV-02513 |
| Petitioner | : | |
| | : | (Judge Brann) |
| -VS- | : | |
| | : | |
| THE UNITED STATES DEP'T OF JUSTICE | : | |
| | : | |

### NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Randall L. Spade, Petitioner above-named, hereby appeals to the Untied States Court of Appeals for the Third Circuit from the Order granting Defendant's Motion to Dismiss entered in this action on the 31st day of March, 2021.

RESPECTFULLY SUBMITTED,

By: _/s/ Christian A. Lovecchio
Christian A. Lovecchio, Esquire
Attorney ID# 85505
Attorney for Petitioner
520 West 4th Street, Suite 1A
Williamsport, PA 17701
570.323.3772
Fax: 570.323.8647

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL L. SPADE, | : | NO: 4:15-CV-02513 |
| Petitioner | : | |
| | : | (Judge Brann) |
| -VS- | : | |
| | : | |
| THE UNITED STATES DEP'T OF JUSTICE | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Christian A. Lovecchio, Esquire, counsel for Randall L. Spade, hereby certify that on this 29th day of April, 2021, I have served, via the ECF system, the foregoing Notice of Appeal on **Timothy Judge, Esquire, Assistant U.S. Attorney, William J. Nealon Federal Building and Courthouse, Scranton, PA 18503.**

RESPECTFULLY SUBMITTED,

By: _/s/ Christian A. Lovecchio
Christian A. Lovecchio, Esquire
Attorney ID# 85505
Attorney for Petitioner
520 West 4th Street, Suite 1A
Williamsport, PA 17701
570.323.3772
Fax: 570.323.8647